UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:17-cv-1744-orl-18DCI

PAULA J. LUZNAR

## COMPLAINT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Complaint and alleges as follows:

1. This is a civil action brought by the United States of America for the recovery of money owed to the United States by defendant Paula J. Luznar as the result of an unpaid Health Education Assistance Loan.

2. Defendant executed the promissory note for the loan, and the United States is the present holder of the defaulted loan debt.

3. This Court has jurisdiction by virtue of 28 U.S.C. § 1345.

4. Defendant Paula J. Luznar is a resident of Daytona Beach, Florida, and venue is proper in this Court by virtue of 28 U.S.C. § 1391.

5. As of June 2, 2017, the defendant owes the United States the sum of $143,554.35. This consists of principal in the amount of $143,489.97, plus interest in the amount of $64.38. Interest accrues on the total principal amount of this debt at the current rate of 2.047 per cent per annum. Said debt is more fully described in the Certificate of Indebtedness and the corresponding Promissory Note executed by the defendant, copies of which are attached hereto as Attachment A.

6. Demand has been made upon the defendant for the above sum, and the defendant has neglected or refused to pay the amount due.

WHEREFORE, the United States respectfully requests judgment against Defendant in the following amounts:

a. For principal in the amount of $143,489.97, together with accrued interest in the amount of $64.38, as of June 2, 2017. Interest accrues on the total principal amount of this debt at the rate of 2.047 per cent per annum, until the date of judgment;

c. For interest from the date of judgment at the legal rate until paid in full;

d. For such other costs of litigation otherwise allowed by law; and

 e. For such other and further relief as justice requires.

          Respectfully submitted,

          W. STEPHEN MULDROW
          Acting United States Attorney

By: */s/ Jillian Jewell*
          JILLIAN M. JEWELL
          Assistant United States Attorney
          Florida Bar No. 112974
          400 N. Tampa St., Suite 3200
          Tampa, Florida 33602
          Telephone: (813) 274-6000
          Facsimile:  (813) 274-6247
          E-Mail: FLUDocket.mailbox@usdoj.gov

Dated:  October 5, 2017