Attachment A



DEPARTMENT OF HEALTH & HUMAN SERVICES

Program Support Center

Debt Collection Center

## CERTIFICATE OF INDEBTEDNESS
### *Health Education Assistance Loan*

Paula J. Luznar
528 S Palmetto Ave
Daytona Beach, FL 32114
HHS Claim Number: 50178781

Total debt due the United States as of June 2, 2017: $143,554.35 (principal $143,489.97, interest $64.38).

I certify that the Department of Health and Human Services' (HHS) records show that the named individual is indebted to the United States in the amount stated above. Interest is computed at a variable rate and adjusted quarterly. Interest is currently accruing at the rate of 2.047% per annum; and $8.05 per day. Due to the compounding of interest, the current principal amount is greater than the original amount borrowed.

The claim arose in connection with Health Education Assistance Loan(s) made by a private lender and assigned to the United States.

Ms. Luznar applied for and was granted Health Education Assistance Loans (HEAL), Section 701-720 of the Public Health Service Act (42 U.S.C. 292). On April 3, 2000, she signed a promissory note consolidating the loans into one HEAL in the amount of $92,881.71.

Due to default, an insurance claim was filed with the United States. The amount due was $130,778.00. The lender's claim was paid by the United States on April 25, 2011, and an assignment of the note(s) was received.

The HHS notified Ms. Luznar by letter dated May 25, 2011, that the previous holder of the HEAL promissory note(s) placed her in default and assigned the note(s) to the U.S. Government.

Additional notifications and demand letters regarding the indebtedness were sent on the following dates: July 30, 2011; January 20, 2012; August 8, 2012; August 9, 2012; April 15, 2016.

In a letter dated May 20, 2017, Ms. Luznar was sent instructions for entering into a Repayment Agreement (RA). She was notified that unless payment in full or a fully document RA was received within 30 days, the case would be referred to DOJ for enforced collection. She did not comply.

To date, she has not made any payments to the United States.

Attachment A

## CERTIFICATE OF INDEBTEDNESS

Repeated attempts by HHS have been unsuccessful in establishing an acceptable repayment agreement. The debt is now being referred to the U.S. Department of Justice (DOJ), Middle District of Florida, Park Tower Building, 400 North Tampa St., Rm 3200, Tampa, FL 33602 for enforced collection.

**CERTIFICATION:** *Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.*

6/20/2017
Date

Melodie R. Sanders
Chief, Debt Referral Section
Program Support Center
U.S. Department of Health and Human Services

**FEDERAL HEAL CONSOLIDATION LOAN APPLICATION PROMISSORY NOTE**
**MISSOURI HIGHER EDUCATION LOAN AUTHORITY ("MOHELA")**

Student Loan Servicing Center
P.O. Box 8178, Harrisburg, PA 17105-8178 · Telephone 1-800-555-4352

File Number: ███████

---

**PROMISSORY NOTE: TO BE COMPLETED BY REFINANCING LENDER**

This Promissory Note represents a consolidation of all of my Federal HEAL loans, as identified below. The word "Note" refers to this Promissory Note. In this Note, the words "I", "me" or "my" refer to the Borrower whose signature appears on the last page of this Note. The word "Lender" refers to the Refinancing Lender or any subsequent holder to whom this Note is assigned. "Loan" refers to the Federal HEAL Refinancing Loan which the Lender is making to me.

**PROMISE TO PAY**

I, PAULA J. LUZNAR, the borrower, promise to pay to MOHELA

| Name of Borrower | | Address, City, and State of Refinancing Lender |
|---|---|---|
| P.O. Box 8178 Harrisburg | PA 17105-8178 | 1-800-888-6145 |

...the Refinancing lender or the subsequent holder of this Note, such Principal Amount as is advanced on my behalf, plus interest on the principal sum as set out below, and to pay authorized late charges, all reasonable attorney's fees, and other costs and charges that are permitted by Federal regulations and are necessary for the collection of any amount not paid when due. I understand that the amount of my loan will be based on the pay-off balances of loans Refinanced as provided by the creditors of such loans and may exceed the estimate of such pay-off balances.

**LOAN INFORMATION:** This Note represents a consolidation of all HEAL loans, as identified below:

| Holder / Lender (Name & Address) | Servicer | Original Principal Amount of Loan | Approximate Current Balance |
|---|---|---|---|
| SALLIEMAE | SLSC | $18,749.00 | $26,887.26 |
| PHEAA | SLSC | $20,000.00 | $26,760.89 |
| PHEAA | SLSC | $19,500.00 | $25,851.40 |
| SALLIEMAE | LSC | $11,000.00 | $13,582.16 |
| **GRAND TOTAL** (including any loans listed on Addendum Sheet) | | **$69,249.00** | **$92,881.71** |

NOTE: If additional lines are needed use addendum and attach to this promissory note.

---

The Lender and I further understand and agree that:

**NOTIFICATION**

I must immediately notify the lender (in this Note, the term "lender" includes a subsequent holder of the Note) in writing if any of the following occurs to me before the loan is repaid in full: 1) change of address, 2) name change (e.g., maiden name to married name), 3) failure to begin any activity eligible for deferment status, or 4) cessation of participation in an activity eligible for deferment status.

**INTEREST**

1. Beginning on the day the loan is disbursed, interest shall accrue. Payment of the interest accruing before the beginning of the repayment period may be postponed until the date upon which repayment of principal is required to begin or to resume. Interest which has accrued and is not paid may be added to the principal sum of this Note not more frequently than every 12 months. Beginning when the repayment period commences, interest shall accrue and be paid as set forth in the Repayment Schedule which the lender shall establish and provide to me. The frequency with which interest that is not paid shall be added to the principal sum of this Note shall be as follows:

| (a) Deferment periods: | NONE |
| (b) Grace periods: | AT END OF GRACE |
| (c) Repayment periods: | ANNUALLY |

2. Interest shall accrue and be payable at a yearly rate of interest which may not exceed a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus three percent, rounding this figure up to the nearest one-eighth of one percent. The rate of interest applied to this Note shall be as follows:

| (a) Deferment periods: | 91 DAY T-BILL PLUS 1.44% |
| (b) Grace periods: | 91 DAY T-BILL PLUS 1.44% |
| (c) Repayment periods: | 91 DAY T-BILL PLUS 1.44% |

3. Any change in the yearly rate of interest will affect the payment amounts, the number of payments, or the amount due at maturity.

**PREPAYMENT**

I may, at any option and without penalty, prepay all or any part of the principal and accrued interest at any time.

THE TERMS OF THIS NOTE ARE CONTAINED ON ALL THREE PAGES (INCLUDING AN ADDENDUM, IF APPLICABLE) OF THIS DOCUMENT.

**ACKNOWLEDGMENT**

I acknowledge that I have received, read and understand the provisions of this Note, as set forth on all the pages of this document.

**GENERAL**

The terms of this Note shall be construed according to the Law (42 U.S.C. 292-292p) and the Federal regulation (42 CFR Part 60) governing the administration of the Federal Health Education Assistance Loan (HEAL) Program, copies of which are on file with the holder of this Note.

I agree that all proceeds from this loan will be used solely to repay existing HEAL loans.

I CERTIFY that the above information is true and correct and I have read and understand my rights and responsibilities regarding the HEAL Loan under this Promissory Note.

| PRINT NAME | SOCIAL SECURITY NUMBER |
|---|---|
| PAULA J LUZNAR | ███-██-4502 |
| SIGNATURE OF BORROWER | DATE |
| /s/ Paula J Luznar | 4-3-00 |

ON THIS 2 DAY OF May 2011
/s/ Patricia L Walton

THIS IS THE TRUE AND EXACT COPY
OF THE ORIGINAL PROMISSORY NOTE

ALTERNATIVE LOANS
PHEAA
2011 APR -1 AM 9:50

NOTARIAL SEAL
PATRICIA L WALTON
Notary Public
HARRISBURG CITY, DAUPHIN COUNTY
COMMONWEALTH OF PENNSYLVANIA
My Commission Expires Oct 11, 2011

LENDER COPY

# MOHELA FEDERAL HEAL CONSOLIDATION LOAN APPLICATION

Student Loan Servicing Center
P.O. Box 8176, Harrisburg, PA 17105-8176   Telephone 1-800-666-4352

**WARNING:** Any person who knowingly makes a false statement or misrepresentation to a Federal HEAL transaction, bribes or attempts to bribe a Federal official, fraudulently obtains a Federal HEAL loan or commits any other illegal action in connection with a Federal HEAL Consolidation loan is subject to a fine or imprisonment under Federal statute.

## SECTION I - TO BE COMPLETED BY APPLICANT

1. SOCIAL SECURITY NO.: [redacted]502
2. NAME: LUZNAR PAULA J.
3. OTHER NAME USED: —
4. ADDRESS: PALMETTO AVE., DAYTONA BEACH, FL 32114
5. DATE OF BIRTH: [redacted]/67
6. DRIVER'S LICENSE NUMBER: FL [redacted]
7. CITIZENSHIP STATUS: X A. U.S. Citizen

8. REPAYMENT STATUS: X Repayment

9. SCHOOL AND GRADUATION INFORMATION: School Attended: PCPM   Discipline: PODIATRY   Graduation Date: 06/95   X Graduated

10. NAME OF PARENTS: Mr. & Mrs. Robert T. Luznar — Daytona Bch, FL 32114

11. NAME OF SPOUSE AND TWO LIVING ADULT RELATIVES:
- KHALID A. DEEMAS — DUBAI, UAE
- BETTY GRIMSHAW — Jacksonville Bch, FL 32250
- TERRI BUCKNER — Los Altos, CA 94024

12. EMPLOYER INFORMATION: Al Rasha Hospital — Dubai, United Arab Emirates — 011-9714-[redacted]

13. ARE YOU DELINQUENT ON THE REPAYMENT OF ANY FEDERAL DEBT? NO
14. HAVE YOU EVER DEFAULTED OR ARE YOU NOW IN DEFAULT ON ANY LOAN? NO

15. ESTIMATED BALANCE OF EDUCATIONAL LOANS: $66,000.00
16. ESTIMATED BALANCE OF OTHER DEBTS: $10,000.00
17. ANNUAL INCOME: $36,000.00

### FEDERAL HEAL INDEBTEDNESS

| Current Lender/Holder | Servicer | Original Principal | Date Disbursed (MO/DAY/YR) | Interest Rate | Approximate Current Principal |
|---|---|---|---|---|---|
| 1. SALLIE MAE | SALLIE MAE | $11,000.00 | 10/05/94 | 7.375% | $13,428.61 |
| 2. SALLIE MAE | SLSC | | 8/20/91 | 8.00% | $26,637.00 |
| 3. PHEAA | SLSC | | 10/27/92 | 6.50% | $26,577.00 |
| 4. PHEAA | SLSC | | 9/7/93 | 8.00% | $25,412.65 |

Have you consolidated Federal HEAL Information?  ___ YES  X NO

**ESTIMATED TOTAL FEDERAL HEAL DEBT:** $92,055.00

18. CERTIFICATION BY BORROWER: I hereby certify by my signature that the information contained on this application is true, complete and correct to the best of my knowledge and belief and 1) That I have graduated from an eligible Federal HEAL school and all my loans are listed. 2) That I select the Federal HEAL Loan Consolidation Program and request that the Consolidation Lender, and the Pennsylvania Higher Education Assistance Agency, Agent for the Lender, consolidate my Federal HEAL loans under this program on my behalf, and I am asking the Lender, and PHEAA its Agent, to rely on my good faith certification of the above and to make Federal HEAL loans under this plan. 3) That I have not completed a Federal HEAL consolidation plan agreement with another lender. 4) That I authorize my current Federal HEAL loan lender/holder to release any Federal HEAL loan information requested by the consolidating lender, or its agent, for the purpose of verifying student loan information, in order that I may consolidate my Federal HEAL loans into a Federal HEAL consolidation loan. This information is to include the name of the lender of the loans. I have read, understand and agree to the terms of the "Borrower's Rights" statement and the "Borrower's Responsibilities" statement. I have been informed of the actions the lender/holder and the Federal government can take in the event that I fail to meet scheduled payments. I also authorize the Lender, PHEAA its Agent, or any subsequent holder to check my credit history, and to discuss my credit history with any lenders and to share any information concerning my Federal HEAL loans that my lender requests in connection with such loan consolidation. I authorize my lender and its agent to use my information on this application for obtaining my address. I hereby authorize the Lender, its agent, subsequent holders and the guarantor to disclose, discuss and make inquiries regarding any information relating to this application and the loan based upon this application whenever the disclosure of the information is necessary for the processing of this application or the servicing, transfer, or collection of the loan. The information about my application and my loan account may be furnished and shared during the life of the loan with subsequent holders of the loan, contractors and agents who assist MoHELA, subsidiaries and affiliates, credit bureaus, parents or relatives listed on the loan application, guarantor, federal or state agencies or private parties who may be able to provide information necessary for the processing of my loan application or to assist in the servicing or collection of the loan, and others who require the MoHELA to verify the condition and existence of my loan. I understand I will be sent a promissory note and a disclosure and will have the option to choose my repayment plan after my loan is disbursed. A copy of this authorization may be deemed to be an original.

Signature of Applicant: [signed]   Date: 2-21-2000

19. THIRD PARTY DISCLOSURE: Federal laws and regulations require your written consent to disclose information regarding your Federal HEAL loans and their consolidation to anyone other than yourself. If you wish to have information regarding the consolidation of your Federal HEAL loans discussed with a third party, please provide the requested information and sign the Authorization below.

NAME: ROBERT T. LUZNAR   PHONE #: [redacted]   Relationship: FATHER

AUTHORIZATION TO DISCLOSE FEDERAL HEAL CONSOLIDATION INFORMATION WITH DESIGNATED PARTY: I hereby authorize the consolidating lender (MoHELA), its Agent (PHEAA), and any subsequent lender or holder to disclose written or verbal information regarding the consolidation of my Federal HEAL loans to the party designated on this application. A copy of this authorization may be deemed to be an original.

Signature of Applicant: [signed]   Date: 2-21-2000

READ BORROWER'S RIGHTS AND BORROWER'S RESPONSIBILITIES ON REVERSE SIDE OF THIS APPLICATION.

REV. 1/96

## AFFIDAVIT AND INDEMNITY FOR MISSING DOCUMENT

I, _Karen Little_, an authorized representative of _American Education Services_ (hereinafter the Lender or Holder), being duly sworn, state that a _Promissory Note Application_
(Original Promissory Note; Original or Legible Copy of a Deferment, Forbearance, or Repayment Schedule)
_disbursement 4-18-00_           _$7,881.71_
(Describe the document specifically, including the date.)
for the HEAL claim for _Paula J. Luzner_ (SSN ███-██-4507) is missing despite reasonable attempts made by the Lender or Holder to locate the document. If it is found, the Lender or Holder agrees to provide the missing document to the Department of Health and Human Services (DHHS) as soon as possible.

In consideration of the payment by DHHS of the above-described claim, the Lender or Holder agrees to repurchase the loan(s) related to the missing document from DHHS if DHHS is unable to fully collect the amount due on the loan(s) or the judgment related to the loan(s) because of the missing document, as documented in writing by the Assistant United States Attorney to whom the loans(s) or judgment thereon has been assigned for collection. The repurchase price of the loan(s) will be the amount paid to the Lender or Holder for the loan(s) by DHHS pursuant to the Lender's or Holder's insurance claim, plus interest at the applicable promissory note or judgment interest rate, plus direct costs of DHHS in its litigation activities incurred relating to the missing document such as deposition, travel, transcript fees, and any and court-ordered costs.

Name: _Karen Little_
Title: _Heal Claims Assistant_

Sworn to before me this _7_ day of _March_, 2011.

_Patricia L Walton_
(Notary Public)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PATRICIA L WALTON
Notary Public
HARRISBURG CITY, DAUPHIN COUNTY
My Commission Expires Oct 11, 2011