**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                                                                              **Case No: 6:17-cv-1744-Orl-18DCI**

**PAULA J. LUZNAR,**

        **Defendant.**
_____/

**ORDER REGULATING THE PROCESSING OF CIVIL RECOVERY ACTIONS**

This action is brought by the United States to recover the overpayment of loan or entitlement benefits. To ensure the expeditious processing of this civil recovery action, the Court has **ORDERED** that:

1. Plaintiff shall serve a copy of this Order upon the defendant, and shall thereafter file a Certificate of Service indicating the date service was perfected upon defendant.

2. In the event plaintiff cannot perfect service upon defendant in a manner provided for under Fed.R.Civ.P. 4, plaintiff shall, no later than **January 8, 2018**, either:

    a. Move for voluntary dismissal pursuant to Fed.R.Civ.P. 41(a); or

    b. Show cause in writing why this action should not be dismissed for lack of prosecution pursuant to Local Rule 3.10.

3. If service of the summons and complaint is perfected upon defendant, but no appearance or response is made within the time and manner provided by Fed.R.Civ.P. 12, plaintiff shall either:

    a. File a voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1); or

    b. Move for the entry of default and default judgment pursuant to Local Rule 1.07(b). In the event plaintiff fails to move for default and default judgment, this action will be dismissed sixty days from the date service was perfected without notice and without prejudice.

4. If an answer is timely filed, plaintiff shall either:

    a. File a stipulation for dismissal pursuant to Fed.R.Civ.P. 41(a)(1); or

    b. File a Motion for Summary Judgment or Consent Judgment not later than twenty (20) days following the filing of the Answer or this case will be scheduled for trial not later than thirty (30) days following the filing of the answer.

**DONE** and **ORDERED** in Orlando, Florida this 12th day of October, 2017.

                                                            By:    M.A.Pleicones

Copies furnished to:

Counsel of Record
Any Unrepresented Parties