UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                        Case No. 6:17-cv-1744-Orl-18DCI

PAULA J. LUZNAR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the Court's Related Case Order and Track One Notice, Doc. 3, and Notice of Pendency of Other Actions, Doc. 5, were mailed by U.S. Postal Service to the following on October 13, 2017:

Paula J. Luznar
Daytona Beach, FL 32114

                                                      Respectfully submitted,

                                                      W. STEPHEN MULDROW
                                                      Acting United States Attorney

                    By:    *s/ Jillian M. Jewell*
                            Jillian M. Jewell
                            Assistant United States Attorney
                            Florida Bar No. 112974
                            400 North Tampa Street, Suite 3200
                            Tampa, FL 33602
                            Telephone:  (813) 274-6000
                            Facsimile:   (813) 274-6102
                            E-Mail: FLUDocket.mailbox@usdoj.gov