IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| United States of America, | : | Case. No. 6:17-cv-1744-ORL-18DCI |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Paula Jean Luznar, | : | |
|     Defendant | : | |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Jillian M. Jewel, Esq.
U.S. Attorney's Office
400 N. Tampa St., Suite 3200
Tampa, FL 33602
*Counsel for Plaintiff*

Matthew M. Herron, Esq.
Debt Doctors at
Quatrini Rafferty
941 Penn Ave., Suite 101
Pittsburgh, PA 15219
*Counsel for Defendant*

Michael A. Nardella, Esq.
Nardella & Nardella, PLLC
*Local counsel for
Defendant*

United States of America
*Plaintiff*

Paula Jean Luznar
*Defendant*

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

N/A

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

N/A

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The United States of America

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge or magistrate judge assigned to this case, and will immediately notify the Court in writing on learning any such conflict.

Dated: December 27, 2017

*/s/ Michael A. Nardella*
Michael A. Nardella, Esq.
Florida Bar No. 051265
Nardella & Nardella, PLLC
250 East Colonial Drive, Suite 102
Orlando, FL 32801
Telephone: (407) 966-2680
mnardella@nardellalaw.com
afebres@nardellalaw.com
*Local Counsel for Paula Jean Luznar*

and

Matthew M. Herron, Esq.
*Admitted Pro Hac Vice*
Pennsylvania Bar No. 88927
The Debt Doctors at Quatrini Rafferty
941 Penn Ave., Suite 101
Pittsburgh, PA 15219
Telephone: (412) 395-6001
MMH@qrlegal.com
**Counsel for Paula Jean Luznar**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 27th day of December, 2017. As such, the foregoing was served electronically upon all counsel below listed on December 27, 2017.

Jillian M. Jewel, Esq.
U.S. Attorney's Office
400 N. Tampa St., Suite 3200
Tampa, FL 33602
Jillian.jewel@usdoj.gov
*Counsel for Plaintiff*

    */s/ Michael A. Nardella*
    Michael A. Nardella, Esq