IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| United States of America, | : | Case. No. 6:17-cv-1744-ORL-18DCI |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Paula Jean Luznar, | : | |
| Defendant. | : | |

**ANSWER AND AFFIRMATIVE DEFENSES**

The Defendant, Paula J. Luznar, by and through her undersigned Counsel, Matthew M. Herron and the law firm of Quatrini Rafferty, hereby files this Answer and Affirmative Defenses and responds as follows:

1. Admitted in part and denied in part. It is admitted that this is a civil action brought by the Plaintiff, The United States of America. It is denied that the Complaint has been filed as a result of a defaulted loan. By way of further response, Ms. Luznar settled her student loan obligations of approximately ($134,220.82 at the time of settlement) by accepting and paying a settlement offered on November 29, 2013 by a previous loan servicer, Van Ru Credit Corporation. The settlement letter is attached as **Exhibit "A"**. Ms. Luznar paid the settlement amount of $86,000.00 on December 20, 2013 as evidenced by the Fifth Third Bank cashier's check attached as **Exhibit "B"**. The Department of Education confirmed this payment was received and the debt has been settled as shown in the March 4th Settlement Letter, attached as **Exhibit "C"**. Ms. Luznar does not recall having any other Student Loan obligations.

2. Denied. As stated above, Ms. Luznar believes this obligation has been settled and is not in default. By way of further response Ms. Luznar disputes the validity of the debt. The United States of America attached a Promissory Note to the Complaint that appears to be signed by someone other than Ms. Luznar. Ms. Luznar disputes the validity of this document. The Plaintiff has also attached a 2011 Affidavit and Indemnity Missing Document from loan servicer American Education Services ("AES"). I would assume this was executed by AES contemporaneously with filing an indemnification claim. The Promissory Note the Plaintiff has attached contains a signature that is not the Defendants and is similar to the handwriting contained in the Affidavit and Indemnity Missing Document executed by AES. As such paragraph 2 is denied and Ms. Luznar disputes the validity of these attachments and the validity of the debt.

3. Admitted.

4. Denied. Ms. Luznar no longer lives in Daytona Beach, Florida.

5. Denied. As stated above Ms. Luznar has settled this obligation. By way of further response, Ms. Luznar disputes the validity of the debt for the reasons stated above in her Response to Paragraph 2.

6. Denied. As stated above Ms. Luznar has settled this obligation. By way of further response, Ms. Luznar disputes the validity of the debt for the reasons stated above in her Response to Paragraph 2.

**GENERAL DENIAL**

Any individual paragraph that was not specifically admitted above is hereby denied.

## AFFIRMATIVE DEFENSES

Without regard to which party bears the burden of proof and without waiving its right to require Plaintiff to prove each and every element of each claim asserted in the Complaint, Ms. Luznar asserts the following affirmative defenses to the claims set forth in Plaintiff's Complaint.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails as Ms. Luznar has already made payment on this debt.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails as Ms. Luznar and Plaintiff reached a settlement of this debt.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails as Ms. Luznar and Plaintiff reached an accord and satisfaction when she made payment on this debt.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails as Ms. Luznar was released by the prior servicer of this obligation as a part of her settlement of this debt.

Dated:  February 16, 2018

> */s/ Michael A. Nardella*
> Michael A. Nardella, Esq.
> Florida Bar No. 051265
> Nardella & Nardella, PLLC
> 250 East Colonial Drive, Suite 102
> Orlando, FL 32801
> Telephone: (407) 966-2680
> mnardella@nardellalaw.com
> afebres@nardellalaw.com

      *Local Counsel for Paula Jean Luznar*

      and

      */s/ Matthew M. Herron*
      Matthew M. Herron, Esq.
      *Admitted Pro Hac Vice*
      Pennsylvania Bar No. 88927
      Quatrini Rafferty
      941 Penn Ave., Suite 101
      Pittsburgh, PA 15219
      Telephone: (412) 395-6001
      MMH@qrlegal.com

      *Trial Counsel for Paula Jean Luznar*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 16th day of February, 2018. As such, the foregoing was served electronically upon all counsel below listed on February 16, 2018.

Jillian M. Jewell, Esq.
U.S. Attorney's Office
400 N. Tampa St., Suite 3200
Tampa, FL 33602
Jillian.jewell@usdoj.gov
FLUDocket.mailbox@usdoj.gov

*Counsel for Plaintiff*

      */s/ Michael A. Nardella*
      Michael A. Nardella, Esq.