**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No: 6:17-cv-1744-Orl-18DCI**

**PAULA J. LUZNAR,**

        **Defendant.**

| **UNITED STATES MAGISTRATE JUDGE:** | Daniel C. Irick | **COUNSEL FOR PLAINTIFF** | Jillian M. Jewell |
|---|---|---|---|
| **DEPUTY CLERK:** | Nativelis Rodriguez | | |
| **COURT REPORTER** | Digital | **COUNSEL FOR DEFENDANT:** | Michael Nardella<br>Matthew Herron (via telephone) |
| **DATE/TIME:** | April 11, 2018<br>10:02-10:11AM | | |
| **TOTAL TIME:** | 8 minutes | | |

**CLERK'S MINUTES**
**PRETRIAL CONFERENCE**

Case called, appearances made, procedural setting by the Court.
Hearing held re outstanding discovery issues.
Parties shall confer and submit a case management report within 10 days.
Court adjourned.